```
                    UNITED STATES OF AMERICA
                    DISTRICT OF MASSACHUSETTS
                                                04CR 10175 PBS
UNITED STATES OF AMERICA    )
                            ) Criminal No.
        v.                  )
                            ) 21 U.S.C. §846 -
CARLOS RUIZ,                ) Conspiracy to Possess with
    a/k/a "Coco-Colo"       ) Intent to Distribute and to
                            ) Distribute Cocaine
                            )
        Defendant.          )
```

                              INFORMATION

COUNT ONE:   (21 United States Code Section 846 - Conspiracy
             to Possess with Intent to Distribute and to
             Distribute Cocaine)

The United States Attorney charges that:

   From on or about July 1, 2003 and continuing until on or about May 1, 2004 at Peabody, Lynn, Malden, and elsewhere in the District of Massachusetts, in Mexico, and elsewhere,

                          CARLOS RUIZ,
                       a/k/a "Coco-Colo,"

defendant herein, knowingly and intentionally combined, conspired and agreed with other persons known and unknown, to possess with intent to distribute and to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

   It is further alleged that the conspiracy involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(vii).

                            **MICHAEL J. SULLIVAN**
                            United States Attorney

                By: _____
                            **ROBERT L. PEABODY**
                            Assistant U.S. Attorney

**Date:** June 8, 2004