# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

time 20 min

Judge: SARIS
Case No.: 04-CR-10175-PBS
Case: USA v. CARLOS RUIZ
AUSA: NEIL GALLAGHER
PSO/PO: JO LYNESS

Date: 1/12/05
Clerk: ROBERT ALBA
Reporter: MARIE CLOONAN
Defts Atty: ALAN CHIPMAN
Interpreter: _____

Ctrm 19 - 7th Fl.

## Criminal Clerk's Notes

Motion Hearing
Court orders information & case be unsealed with the exception of certain document to be designated. Court order presentence report be prepared. Sentencing set for March 3, 2005, at 3:30 P.M.

(59)