## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**v.**                               **CRIMINAL NO.   04-10175-PBS**

**CARLOS RUIZ**
         **Defendant**

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

**Saris, D.J.**

         Counsel and the defendant were present for sentencing hearing on
 3/3/05      .  The Court has considered the factors set forth in 18 U.S.C.
§3553(a), including the sentencing guidelines.  The reasons for sentence were
stated in open court.

1.(a)    Were all factual statements contained in the
         Presentence Report (PSR) adopted without objection?

                  X   yes _____ no

   (b)   If no to (a) the PSR was adopted in part with the
         exception of the following factual issues in dispute:

     2.    Are any legal issues in dispute?

                  _____ yes    X   no

         If yes, describe disputed issues and their resolution:

2.(a)    Tentative findings as to advisory guidelines are:

         Total Offense Level: _____31_____

         Criminal History Category:____I_____

          87   to   108  months imprisonment

          36   to   60   months supervised release

         $ 15,000_____ to $_____4 MILLION_____ fine

                      (plus $_____ cost of

imprisonment/supervision)

$_____ restitution

$___100.00_____ special assessment ($_____ on
each of counts _____)


   (b)  Are there any legal objections to tentative findings?

_____ yes   _X__ no

3.(a)    Remarks by counsel for defendant.[1]

_X__ yes   _____ no

   (b)  Defendant speaks on own behalf.

_____ yes   _X__ no

   (c)  Remarks by counsel for government.

_X__ yes   _____ no

4.(a)    The sentence will be imposed as follows:

____87_____ months imprisonment [WITH A RECOMMENDATION TO THE
500 HOUR DRUG TREATMENT PROGRAM]

_____ months/intermittent community confinement

_____ months probation

____36_____ months supervised release

$____NONE_____ fine (including cost of imprisonment/supervision)

$_____ restitution

$___100.00_____ special assessment ($_____ on each of
counts _____)


Other provisions of sentence: (community service, forfeiture, etc.):



   (b)  After imposing sentence, the Court has advised the defendant of
the defendant's right to appeal within 10 days of the entry of
judgment in accordance with FRCrP 32(a)(2).

_____

[1] The order of argument and/or recommendation and allocution may be
altered to accord with the Court's practice.

2

5.      Statement of reasons for imposing sentence.
        Check appropriate space.

(a) _X_ Sentence is within the advisory guideline range


(b) ___ Sentence departs from the advisory guideline range as a result of:

        ___ substantial cooperation upon motion of the government

OR

        ___ a finding that the following (aggravating or mitigating)
        circumstance exists that is of a kind or degree not adequately
        taken into consideration by the Sentencing Commission in
        formulating the guidelines and that this circumstance should
        result in a sentence different from that described by the
        guidelines for the following reasons:

6.(a) Is the sentence under the advisory sentencing guidelines
      reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

                    _X_ yes    _____ no

(b)    If no, why is the guideline sentence unreasonable?


(c)    Is restitution applicable in this case?

                _____ yes    _X_ no

        Is full restitution imposed?

                _____ yes    _____ no

If no, less than full restitution is imposed for the
following reasons:


(d)    Is a fine applicable in this case?

                _X_ yes    _____ no

Is the fine within the guidelines imposed?

                _____ yes    _X_ no

If no, the fine is not within guidelines or no fine is
imposed for the following reasons:

_X_ Defendant is not able, and even with the use

3

of a reasonable installment schedule is not
likely to become able, to pay all or part of
the required fine; OR

__X__ Imposition of a fine would unduly burden the
defendant's dependents; OR

____ Other reasons as follows:

7.  Was a plea agreement submitted in this case?

__X__ yes    _____ no

8.  The PSR is adopted as part of the record, either in whole or in
part as discussed above and is to be maintained by the U.S.
Probation Department under seal unless required for appeal.

9.  Judgment will be prepared by the clerk in accordance with above.

10. The clerk will provide this Memorandum of Sentencing Hearing And
Report on Statement of Reasons to the U.S. Probation Department
for forwarding to the Sentencing Commission, and if the above
sentence includes a term of imprisonment, to the Bureau of
Prisons.

_____          ____S/PATTI B. SARIS_____

Date                      United States District Judge

4