UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                  CRIMINAL ACTION
                                                  NO.   04-10175-PBS

       v.

CARLOS RUIZ

## NOTICE OF RE-SENTENCING

SARIS, U.S.D.J.                                                                             March 13, 2006

      TAKE NOTICE that the above-entitled case has been set for Re-Sentencing on **May 22, 2006**, at **2:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                          By the Court,

                                                                          _/s/ Robert C. Alba_
                                                                          Deputy Clerk

Copies to:  All Counsel