UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, FCI Ft Dix, New Jersey.

YOU ARE COMMANDED to have the body of Carlos Ruiz* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on May 22, 2006, at 2:30 p.m. for the purpose of a Re-Sentencing in the case of United States of America V.Carlos Ruiz, CR Number 04-CR-10175-PBS.  And you are to retain the body of said Carlos Ruiz while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Carlos Ruiz to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 13th day of May, 2006.

* D.O.B 10/20/77
  Fed. Reg. No. 80446-038


PATTI B. SARIS
United States District Judge

SARAH THORNTON, CLERK

By: /s/ Robert C. Alba
SEAL            Deputy Clerk