UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10175-PBS

v.

CARLOS RUIZ

### NOTICE OF RESCHEDULED RE-SENTENCING

SARIS, U.S.D.J.                                                                                                   March 22, 2006

The Re-Sentencing previously scheduled for May 22, 2006, has been **rescheduled** to **April 28, 2006, at 2:00 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc