UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 23  A 11: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 04-10175-PBS
)
CARLOS RUIZ, )
    Defendant )

## RESENTENCING MEMORANDUM

I.   Background Information

On April 28, 2006 Defendant appeared before Your Honor regarding the Government's Rule 35 Motion with respect to the above-named defendant. At this hearing the Court indicated that the defendant should not have been entitled to the "safety valve" reduction pursuant to the United States Sentencing Guidelines, Section 5C1.2. However, the Court further stated that it would not change this part of the original sentence imposed on March 3, 2005. As you know, Mr. Ruiz was sentenced at that time to a term of 87 months committed with a period of supervised release of 36 months. Moreover, the Court also stated that it would still accept the Government's Motion pursuant to Rule 35 for a reduction of sentence, but the Court would factor the defendant's testimony regarding his credible threats of violence in the matter of United States v. Anthony Bucci, et al., Criminal No. 04-10194-RCL.

II.  Government's Recommendation

The Government intends to recommend a reduction of sentence to 52 months committed with a 36 month period of supervised release.

III. Defendant's Recommendation

The defendant's recommendation is 36 months committed with a 36 month period of supervised release. The defendant respectfully suggests that this recommendation is appropriate due to his cooperation and substantial assistance.

As part of his cooperation, Mr. Ruiz proffered information to the Government on several occasions, which included one within days of his arrest in the instant offense. Mr. Ruiz further testified before the Grand Jury and testified at the subsequent trial in United States

v. Anthony Bucci, et al. Due, in part to Mr. Ruiz's testimony at this trial, the Government obtained convictions against defendant's Anthony Bucci and Malden Police Detective Dave Jordan. During the entire process, Mr. Ruiz was completely truthful and candid with the Government regarding all of his illegal activity. In fact, Mr. Ruiz testified honestly at trial regarding these threats, but it should be noted that these threats were never acted upon or carried out.

Mr. Ruiz has fully accepted responsibility for his actions from the moment of his arrest and has done everything within his power to atone for his conduct. This has included placing both himself and his family at risk as a result of his cooperation and substantial assistance to the Government. During his two years in custody, his wife has given birth to their second child and Mr. Ruiz has had only minimal contact with either his wife or his newborn child or his other daughter. Mrs. Ruiz has found it difficult, at best, to keep her head above water financially. She remains supportive of her husband and will remain so no matter what the final disposition in his case. Since his incarceration, Mr. Ruiz has continued to alter his life in a positive manner, including his completion of the Federal Bureau of Prisons Drug Education Course. (Certificate attached)

Respectfully submitted,

**CARLOS RUIZ**
Defendant

By his Attorney,

Alan D. Chipman, Esq.
Law Offices of Russell C. Sobelman
152 The Lynnway
Lynn, MA 01902
(781)581-1300
BBO#: 552137

Dated: May 23, 2006

Federal Bureau of Prisons

FCI-FTD Drug Education Class 38

Certificate of Completion

RUIZ, CARLOS 80446-038

has successfully completed all requirements of the US FBOP Drug Education Course. He has learned about the effects of psycho-active drugs on his mind, body, and spirit. He learned the profound negative effects of drug abuse and addiction not only on himself, but his family, friends, work place, and community. He passed a comprehensive exam and should take pride in a job well done.

David J Kelly
Drug Treatment Specialist
FCI-FTD, NJ
21 Dec 2005